# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **08-189M**

2) Defendant's Name: **Sasso**          **Robert**
   (Last)          (First)          (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____ Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: **X** Yes ___ No   Other District: **District of Vermont**

8) Name of Interpreter used today: ___/___   Language: _____

9) Arraignment on complaint held: ✓ Yes ___ No   Date/Time: 2/27/08

10) Detention Hearing Held: ___ Bail set at: $100,000 ROR Entered: ___ POD Entered: ___

11) Temporary Order of Detention Entered: ✓   Bail Hearing set for: 2/29/08 @ 2PM

12) (a) Preliminary Hearing set for: _____; or waived: _____
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: **Grace Cucchsisi**

14) DEFENSE COUNSEL'S NAME: **Michelle Gelernt**
    Address: _____
    Bar Code: _____ CJA: ___ FDNY: **X** RET: ___
    Telephone Number: (___) _____

15) LOG #: ___ ( 4:42 - 5:07 )   MAG. JUDGE: **Lois Bloom**

16) ✓ Defendant was advised of bond conditions by the Court and signed the bond.
    ✓ Surety(ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ✓ Additional surety(ies) to co-sign bond by 2/29/08

Other Comments/Rulings: Gov't seeks to stay bond.

17) Complaint/Affidavit/Indictment unsealed: ___ Yes ___ No

SO ORDERED ON THIS ___ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE